B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Poly Plant Project** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA PPP Equipment Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**83-0474998** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3099 North Lima Street<br>Burbank, CA**<br><br>ZIP Code **91504-2013** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Poly Plant Project** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><th>Exhibit A</th><th>Exhibit B</th></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Poly Plant Project** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Mark T Young**
Signature of Attorney for Debtor(s)

**Mark T Young 89951**
Printed Name of Attorney for Debtor(s)

**Donahoe & Young LLP**
Firm Name

**25152 Springfield Court Ste 345**
**Valencia, CA 91355-1081**

_____
Address

        **Email: myoung@donahoeyoung.com**
**661-259-9000  Fax: 661-554-7088**
Telephone Number

**April 10, 2014                89951**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tetsunori T. Kunimune**
Signature of Authorized Individual

**Tetsunori T. Kunimune**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**April 10, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re  POLY PLANT PROJECT                    ,    )    Case No. _____

          Debtor                                        )

                                                        )

                                                        )    Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  NOT APPLICABLE_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on

_____ .

   a. Total assets                                                    $ _____

   b. Total debts (including debts listed in 2.c., below)            $ _____

   c. Debt securities held by more than 500 holders:                Approximate number of holders:

secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

   d. Number of shares of preferred stock            _____    _____

   e. Number of shares common stock                  _____    _____

     Comments. if any:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re _POLY PLANT PROJECT_____ ,    )    Case No. _____
             Debtor    )

                         )

                         )    Chapter    11

## EXHIBIT "C" TO VOLUNTARY PETITION

    1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    None

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    N/A

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF POLY PLANT PROJECT

The Board of Directors of POLY PLANT PROJECT, a California Corporation (the "Company"), conducted a special meeting on April 10, 2014 at which the following directors of the Company were present: TETSUNORI T. KUNIMUNE.

Upon motion duly made and with the consent of a quorum of the Board of Directors, IT IS HEREBY RESOLVED as follows:

Due to the financial circumstances of the Company, it is necessary and appropriate that the Company file a petition for relief under Chapter 11 of the United States Bankruptcy Code. Accordingly, Tetsunori T. Kunimune, Chief Executive Officer of the Company, is hereby authorized and directed on behalf of the Company to engage Donahoe & Young LLP of Valencia, California as Chapter 11 counsel and forthwith file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, Central District of California.

**THE UNDERSIGNED, CONSTITUTING ALL OF THE DIRECTORS OF THIS CORPORATION, CONSENT TO THE FOREGOING ACTIONS.**

Dated: April 10, 2014                          POLY PLANT PROJECT, a California corporation

By: _____
TETSUNORI T. KUNIMUNE, Director

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Mark T Young**<br>**25152 Springfield Court Ste 345**<br>**Valencia, CA 91355-1081**<br>**661-259-9000 Fax: 661-554-7088**<br>California State Bar Number: **89951**<br>myoung@donahoeyoung.com | |

☒ *Attorney for:* Debtor POLY PLANT PROJECT

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Poly Plant Project**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|

### CORPORATE OWNERSHIP STATMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Tetsunori T. Kunimune**                              , the undersigned in the above-captioned case, hereby declare
                    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:  Kunical Holdings, Inc.

*[For additional names, attach an addendum to this form.]*

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

April  10, 2014 _____          By:  _/s/ Tetsunori T. Kunimune_____
Date                                                             Signature of Debtor, or attorney for Debtor

                                                             Name:   Tetsunori T. Kunimune_____
                                                                      Printed name of Debtor, or attorney for
                                                                      Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Poly Plant Project**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **Charges (Debtor's business expenses) by Teiko Vogel** | | **3,576.93** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **Charges (Debtor's business expenses) by Kevin Wong** | | **992.48** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **Charges (Debtor's business expenses) by Anzhey Barantsevich** | | **735.49** |
| **Aspen Technology Inc**<br>**200 Wheeler Road**<br>**Burlington, MA 01803** | **Aspen Technology Inc**<br>**200 Wheeler Road**<br>**Burlington, MA 01803** | **Software license and services agreement** | | **853,464.92** |
| **Bryan Cave LLP**<br>**120 Broadway Suite 300**<br>**Santa Monica, CA 90401** | **Bryan Cave LLP**<br>**120 Broadway Suite 300**<br>**Santa Monica, CA 90401** | **Legal services re Internal Revenue Service (Debtor disputes amount claimed)** | **Disputed** | **450,000.00** |
| **Fabrizio Goi**<br>**Poly Service SRL**<br>**Via Giotto N 17**<br>**Milano 20145**<br>**ITALY** | **Fabrizio Goi**<br>**Poly Service SRL**<br>**Via Giotto N 17**<br>**ITALY** | **Commissions** | | **20,000.00** |
| **Franchise Tax Board**<br>**Bankruptcy Section MS A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | **Franchise Tax Board**<br>**Bankruptcy Section MS A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | **Unpaid income taxes including penalties and inverest** | **Unliquidated Disputed** | **4,000,000.00** |
| **Friem SpA**<br>**Via Thomas Alva Edison 1**<br>**20090 Segrate Milan**<br>**ITALY** | **Friem SpA**<br>**Via Thomas Alva Edison 1**<br>**20090 Segrate Milan**<br>**ITALY** | **Equipment and startup agreement** | | **548,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Poly Plant Project**                                             Case No.  _____
_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Grant Genovese & Baratta LLP**<br>**Attn  Michael S Frey**<br>**2030 Main Street Suite 1600**<br>**Irvine, CA 92614** | **Grant Genovese & Baratta LLP**<br>**Attn  Michael S Frey**<br>**2030 Main Street Suite 1600**<br>**Irvine, CA 92614** | **Legal services re Friem S.p.A. v. PPP** | | **51,624.88** |
| **Hinckley Allen**<br>**Attn  Michael J Connolly**<br>**28 State Street**<br>**Boston, MA 02109-1775** | **Hinckley Allen**<br>**Attn  Michael J Connolly**<br>**28 State Street**<br>**Boston, MA 02109-1775** | **Legal services re Aspen v. PPP** | | **29,409.06** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unpaid income taxes including penalties and interest** | | **15,320,610.21** |
| **Jan Maurits**<br>**12517 NE 43rd Avenue**<br>**Vancouver, WA 98686** | **Jan Maurits**<br>**12517 NE 43rd Avenue**<br>**Vancouver, WA 98686** | **Wages** | | **30,000.00** |
| **Montana Department of Revenue**<br>**PO Box 5805**<br>**Helena, MT 59604** | **Montana Department of Revenue**<br>**PO Box 5805**<br>**Helena, MT 59604** | **Corporate license tax, including interest and penalties** | | **128,183.67** |
| **Resolve Mediation Services Inc**<br>**1211 Avenue of the Americas**<br>**40th Floor**<br>**New York, NY 10036-8704** | **Resolve Mediation Services Inc**<br>**1211 Avenue of the Americas**<br>**40th Floor**<br>**New York, NY 10036-8704** | **Mediation fees in Friem S.p.A. v. Poly Plant Project, LASC  Case No. BC517594** | | **3,533.75** |
| **Stoel Rives LLP**<br>**900 SW Fifth Avenue Suite 2600**<br>**Portland, OR 97204** | **Stoel Rives LLP**<br>**900 SW Fifth Avenue Suite 2600**<br>**Portland, OR 97204** | **Legal services re RMT litigation** | | **7,500.00** |
| **Tetsunori T Kunimune**<br>**3099 N Lima Street**<br>**Burbank, CA 91502** | **Tetsunori T Kunimune**<br>**3099 N Lima Street**<br>**Burbank, CA 91502** | **Loans made to Debtor on 3/6/13 ($100,000), 3/13/13 ($100,000), 3/22/13 ($100,000), 5/13/13 ($50,000) and 10/11/13 ($10,000)** | | **360,000.00** |
| **Walter Tosto SpA**<br>**Via Ermaso Piaggo, 72**<br>**66100 Chieti Scalo**<br>**ITALY** | **Walter Tosto SpA**<br>**Via Ermaso Piaggo, 72**<br>**66100 Chieti Scalo**<br>**ITALY** | **Services rendered re Shangsheng Project; equipment and startup agreement (350,000 Euros; claim amount based on exchange rate as of 4/9/14 at 11:50 am)** | | **484,813.72** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Poly Plant Project**                                              Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 10, 2014**                          Signature  **/s/ Tetsunori T. Kunimune**
                                                               **Tetsunori T. Kunimune**
                                                               **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **Poly Plant Project**                                                    ,    Case No. _____
                                                  Debtor

                                                                                        Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Kunical Holdings, Inc.**<br>**3099 N. Lima Street**<br>**Burbank, CA 91504** | **Common Stock** | **10,000** | **100%** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 10, 2014**_____       Signature_**/s/ Tetsunori T. Kunimune**_____
                                                                            **Tetsunori T. Kunimune**
                                                                            **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_0_____ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __**Burbank**_____ , California.

Date: __**April 10, 2014**_____

**/s/ Tetsunori T. Kunimune**_____
**Tetsunori T. Kunimune**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Central District of California

In re    **Poly Plant Project**                                    ,    Case No. _____

                                Debtor

                                              Chapter                          **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 16,757,117.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 19,498,793.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,793,651.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 16,757,117.60 | | |
| Total Liabilities | | | | 22,292,445.11 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Central District of California

In re    **Poly Plant Project**                                              ,     Case No. _____

                                            Debtor

                                                                              Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Poly Plant Project**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Poly Plant Project**                                          ,    Case No. _____
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash** | - | 577.25 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **East West Bank business operating account no. 2999** | - | 21,226.70 |
| | | **Bank of America (EUR) DDA account no. 9007** | - | 12.16 |
| | | **East West MMA checking account no. 3666** | - | 28.13 |
| | | **Bank of America (EUR) MM account no. 9015** | - | 0.58 |
| | | **East West Bank payroll account no. 4599** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent deposit (Million Sea Enterprise, USA, LLC)** | - | 10,272.78 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        32,117.60
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Poly Plant Project**
_____,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **4D-S Pty Ltd. (79,665 ordinary shares (8.917%); 140,578 preference shares (11.333%)) (cost was $793,631.75; value unknown because there is no ascertainable market)** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **RMT International, Inc. and Daniel Huber** | - | **400,000.00** |
| | | **Kunical International Group, Ltd.** | - | **8,320,000.00** |
| | | **Paul Riaz** | - | **1,000,000.00** |
| | | **Million Sea Enterprise, USA, LLC** | - | **650,000.00** |
| | | **Leshan Ledian Tianwei Sichuan (face amount $8,887,508.13; probably uncollectable)** | - | **0.00** |
| | | **Tienwei Sichuan (face amount $3,311,641.67; probably uncollectable)** | - | **0.00** |
| | | **Shang Shaeng (Baotou City) (face amount $17,457,510.39; probably uncollectable)** | - | **0.00** |
| | | **Asia Silicon (face amount $19,142,500.00; probably uncollectable)** | - | **0.00** |

Sub-Total >    **10,370,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Poly Plant Project**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Hankook Silicon (face amount $30,898.36; probably uncollectable)** | - | **0.00** |
| | | **Dalu Semiconductor Material Co. Ltd. (face amount $25,167,062.00; probably uncollectable)** | - | **0.00** |
| | | **HKS tax overpaid** | - | **205,000.00** |
| | | **Trade, Media & Business International Corporation** | - | **6,140,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **6,345,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Poly Plant Project**                                                                    ,    Case No. _____
                                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Computers, office furniture and equipment, test equipment, capitalized software and tenant improvements** | - | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **10,000.00** |
| (Total of this page) | |
| Total > | **16,757,117.60** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Poly Plant Project**                                              , Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Rent ($17,500/month) | | | | | |
| **Million Sea Enterprise USA LLC** **3099 N Lima Street** **Burbank, CA 91504** | - | | | **Security Deposit of $10,272.78** **Rent is current as of filing; listed for precautionary purposes.** | X | X | | | |
| | | | | Value $              10,272.78 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal (Total of this page) | 0.00 \| 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 \| 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Poly Plant Project**                                                                                                  ,      Case No. _____

                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**3**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Poly Plant Project** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fabrizio Goi**<br>**Poly Service SRL**<br>**Via Giotto N 17**<br>**Milano 20145**<br>**ITALY** | - | | **July-October 2013**<br><br>**Commissions** | | | | 20,000.00 | | 7,525.00<br><br>12,475.00 |
| Account No.<br><br>**Jan Maurits**<br>**12517 NE 43rd Avenue**<br>**Vancouver, WA 98686** | - | | **July-October 2013**<br><br>**Wages** | | | | 30,000.00 | | 17,525.00<br><br>12,475.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 25,050.00 | |
|---|---|---|---|
| | (Total of this page) | 50,000.00 | 24,950.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Poly Plant Project** _____ ,    Case No. _____

                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **83-0474998** <br><br> **Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | - | | Employment taxes believed to be current; listed for precautionary purposes | | | X | <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Franchise Tax Board Bankruptcy Section MS A-340 PO Box 2952 Sacramento, CA 95812-2952** | - | | 2010 <br> Unpaid income taxes including penalties and inverest | | X | X | <br><br> 4,000,000.00 | 0.00 <br><br> 4,000,000.00 |
| Account No. <br><br> **Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0511** | | | Representing: **Franchise Tax Board** | | | | **Notice Only** | |
| Account No. **83-0474998** <br><br> **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | - | | 2010 <br> Unpaid income taxes including penalties and interest | | | | <br><br> 15,320,610.21 | 0.00 <br><br> 15,320,610.21 |
| Account No. <br><br> **Internal Revenue Service 1973 North Rulon White Blvd Ogden, UT 84201** | | | Representing: **Internal Revenue Service** | | | | **Notice Only** | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 19,320,610.21 | 19,320,610.21 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Poly Plant Project**                                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6360665-003-CLT** <br><br> **Montana Department of Revenue** <br> **PO Box 5805** <br> **Helena, MT 59604** | - | | **2012** <br><br> **Corporate license tax, including interest and penalties** | | | | **128,183.67** | **28,882.67** <br><br> **99,301.00** |
| Account No. **6360665-003-CLT** <br><br> **Montana Department of Revenue** <br> **PO Box 8021** <br> **Helena, MT 59604** | | | **Representing:** <br> **Montana Department of Revenue** | | | | **Notice Only** | |
| Account No. **6360665-003-CLT** <br><br> **Montana Department of Revenue** <br> **125 N Roberts Third Floor** <br> **Helena, MT 59061-4558** | | | **Representing:** <br> **Montana Department of Revenue** | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | **28,882.67** <br> 128,183.67    **99,301.00** |
| | Total <br> (Report on Summary of Schedules) | **53,932.67** <br> 19,498,793.88    **19,444,861.21** |

B6F (Official Form 6F) (12/07)

In re   **Poly Plant Project**                      ,      Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **01007**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | - | | | | **Prior to 3/29/14**<br>**Charges (Debtor's business expenses) by Teiko Vogel** | | | | 3,576.93 |
| Account No. **41007**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | - | | | | **Prior to 2/1/14**<br>**Charges (Debtor's business expenses) by Anzhey Barantsevich** | | | | 735.49 |
| Account No. **61001**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | - | | | | **Prior to 3/27/14**<br>**Charges (Debtor's business expenses) by Kevin Wong** | | | | 992.48 |
| Account No.<br><br>Aspen Technology Inc<br>200 Wheeler Road<br>Burlington, MA 01803 | - | | | | **6/30/10**<br>**Software license and services agreement** | | | | 853,464.92 |

  **_3_**  continuation sheets attached

|  | Subtotal<br>(Total of this page) | 858,769.82 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Poly Plant Project**                                           ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**K&L Gates LLP (John C. Blessington)** <br>**State Street Financial Center** <br>**One Lincoln Street** <br>**Boston, MA 02111-2950** | | | Representing: <br>Aspen Technology Inc | | | | **Notice Only** |
| Account No. <br><br>**Bryan Cave LLP** <br>**120 Broadway Suite 300** <br>**Santa Monica, CA 90401** | | - | 1/13 - 1/14 <br>**Legal services re Internal Revenue Service** <br>**(Debtor disputes amount claimed)** | | | X | **450,000.00** |
| Account No. <br><br>**Friem SpA** <br>**Via Thomas Alva Edison 1** <br>**20090 Segrate Milan** <br>**ITALY** | | - | 3/11 <br>**Equipment and startup agreement** | | | | **548,000.00** |
| Account No. <br><br>**Dentons US LLP** <br>**Attn Mark Riera Esq** <br>**601 S Figueroa St Suite 2500** <br>**Los Angeles, CA 90017-5704** | | | Representing: <br>Friem SpA | | | | **Notice Only** |
| Account No. <br><br>**Grant Genovese & Baratta LLP** <br>**Attn  Michael S Frey** <br>**2030 Main Street Suite 1600** <br>**Irvine, CA 92614** | | - | 9/19/13 - present <br>**Legal services re Friem S.p.A. v. PPP** | | | | **51,624.88** |

Sheet no. __1__ of __3__ sheets attached to Schedule of          Subtotal          | **1,049,624.88** |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Poly Plant Project** _____,    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hinckley Allen**<br>**Attn  Michael J Connolly**<br>**28 State Street**<br>**Boston, MA 02109-1775** | - | | **8/16/13 - present**<br>**Legal services re Aspen v. PPP** | | | | **29,409.06** |
| Account No.<br><br>**Resolve Mediation Services Inc**<br>**1211 Avenue of the Americas**<br>**40th Floor**<br>**New York, NY 10036-8704** | - | | **1/2014**<br>**Mediation fees in Friem S.p.A. v. Poly Plant**<br>**Project, LASC  Case No. BC517594** | | | | **3,533.75** |
| Account No.<br><br>**Simeon H Baum**<br>**1211 Avenue of the Americas**<br>**40th Floor**<br>**New York, NY 10036-8704** | | | **Representing:**<br>**Resolve Mediation Services Inc** | | | | **Notice Only** |
| Account No.<br><br>**Stoel Rives LLP**<br>**900 SW Fifth Avenue Suite 2600**<br>**Portland, OR 97204** | - | | **2/13 - 1/14**<br>**Legal services re RMT litigation** | | | | **7,500.00** |
| Account No.<br><br>**Tetsunori T Kunimune**<br>**3099 N Lima Street**<br>**Burbank, CA 91502** | - | | **March-October 2013**<br>**Loans made to Debtor on 3/6/13 ($100,000),**<br>**3/13/13 ($100,000), 3/22/13 ($100,000), 5/13/13**<br>**($50,000) and 10/11/13 ($10,000)** | | | | **360,000.00** |

Sheet no. __**2**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400,442.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Poly Plant Project**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Walter Tosto SpA Via Ermaso Piaggo, 72 66100 Chieti Scalo ITALY** | - | | | 3/11 **Services rendered re Shangsheng Project; equipment and startup agreement (350,000 Euros; claim amount based on exchange rate as of 4/9/14 at 11:50 am)** | | | | 484,813.72 |
| Account No. **Kawahito Shraga & Westrick LLP Attn David R Shraga 1990 S Bundy Drive Suite 280 Los Angeles, CA 90025** | | | | **Representing: Walter Tosto SpA** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **484,813.72** |
| | Total (Report on Summary of Schedules) | **2,793,651.23** |

B6G (Official Form 6G) (12/07)

In re    **Poly Plant Project**
_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Million Sea Enterprise USA LLC**<br>**3099 N Lima Street**<br>**Burbank, CA 91504** | **Premises lease (nonresidential property: 3099 N. Lima St., Burbank, CA 91504); Debtor is lessee** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Poly Plant Project**_____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Central District of California

In re   **Poly Plant Project**                                                             Case No.  _____
                                                    Debtor(s)          Chapter   **11**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **18**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 10, 2014**  _____        Signature  **/s/ Tetsunori T. Kunimune**_____
                                                                    **Tetsunori T. Kunimune**
                                                                    **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re    **Poly Plant Project**                                  Case No.

                                       Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,028,600.00 | Business operations in fiscal 2011 (1/1/12 - 6/30/12) (short year because of acquisition by Kunical Holdings, Inc. on 1/1/12) |
| $149,900.00 | Business operations in fiscal 2012 (7/1/12-6/30/13) |
| $52,600.00 | Business operations in fiscal 2013 to 3/31/14 (7/1/13 - 4/10/14) |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3(b)** | | **$0.00** | **$0.00** |

None □

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tetsunori T. Kunimune 3099 N Lima St Burbank, CA 91504      Director & CEO** | **1) Twice monthly, April-September 2013 ($15,000/month) 2)  March 2014: $6,250** | **$96,250.00** | **$0.00** |
| **Note:  Three other individuals listed below have "vice president" as part of their job titles but are not insiders** | | **$0.00** | **$0.00** |
| **Anzhey Barantsevich 3099 N Lima Street Burbank, CA 91504      Employee** | **Twice monthly April 2013-April 2014 ($10,025 per month)** | **$120,300.00** | **$0.00** |
| **James S Yoo 3099 N Lima Street Burbank, CA 91504      Employee** | **Twice monthly April 2013-April 2014 ($6,425 per month)** | **$77,100.00** | **$0.00** |
| **Randall E Jurisch 3099 N Lima Street Burbank, CA 91504      Employee** | **1) Twice monthly April 2013-March 2014 ($12,025 per month) 2) April 2014: $5,412.50** | **$149,712.50** | **$0.00** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Friem S.p.A. v. PPP Equipment Corporation (Case No. BC517594)** | **Lawsuit alleging breach of contract** | **Superior Court of California, Los Angeles County, 111 N. Hill St., Los Angeles, CA 90012** | **Dismissed 3/3/14** |
| **Dynamic Air (Shanghai) Co. Ltd. v. PPP Equipment Corporation (Case No. BC488206)** | **Lawsuit alleging breach of contract** | **Superior Court of California, County of Los Angeles, 111 N. Hill St., Los Angeles, CA 90012** | **Dismissed 2/26/14** |
| **Aspen Technology, Inc. v. Poly Plant Project, Inc. (Case No. 13-2746)** | **Lawsuit alleging breach of contract** | **Superior Court of Massachusetts, County of Middlesex 200 Trade Center, Second Floor Woburn, MA 01801** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

#### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Donahoe & Young LLP**<br>**25152 Springfield Court**<br>**Suite 345**<br>**Valencia, CA 91355-1081** | **3/21/14: $10,000 -- for settlement negotiations and pre-filing preparation;**<br>**4/4/14: $30,000 -- Chapter 11 retainer;**<br>**4/11/14: $1,213 --Chapter 11 filing fee** | **$41,213.00 (in 3 payments as noted)** |

#### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **G. Sanchez, N. Marquez, H. Simuta (addresses unknown)**<br>  **Not related to  Debtor** | **Various 5/2013 - 2/104** | **Computers and monitors sold for total of $740 (fair value)** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11.  Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **4D-S Pty. Ltd.** | **None known (Australian)** | **250 St. George's Terrace Perth, WA 6000 AUSTRALIA** | **Computer memory chip material** | **2007 - present** |

B7 (Official Form 7) (04/13)
7

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐   supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Anzhey Barantsevich**<br>**3099 N. Lima Street**<br>**Burbank, CA 91504** | **11/14/11 - present** |
| **Mikhail Zadoyen E.A.**<br>**17337 Ventura Bl, #100**<br>**Encino, CA 91316** | **2/14 - present** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Ryutaro Oishi** | **Oishi & Company CPA**<br>**707 Wilshire Blvd., Suite 4360**<br>**Los Angeles, CA 90017** | **2008 to 2/2014** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Anzhey Barantsevich** | **3099 N. Lima Street**<br>**Burbank, CA 91504** |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

---

### 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tetsunori T Kunimune**<br>**3099 N. Lima St.**<br>**Burbank, CA 91504** | **Director; Chief Executive Officer** | **0** |
| **Anzhey Barantsevich**<br>**3099 N. Lima St.**<br>**Burbank, CA 91504** | **Executive Vice President of Finance (note: not a corporate officer)** | **0** |
| **James S. Yoo**<br>**3099 N. Lima St.**<br>**Burbank, CA 91504** | **Executive Vice President of Operations (note: not a corporate officer)** | **0** |
| **Randall E. Jurisch**<br>**3099 N. Lima St.**<br>**Burbank, CA 91504** | **Executive Vice President of Engineering & Technology (note: not a corporate officer)** | **0** |
| **Kunical Holdings, Inc.**<br>**3099 N. Lima St.**<br>**Burbank, CA 91504** | **Shareholder** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Item 3(c) re distributions to employees** | **Various; payroll** | **$335,362.50** |
| **See Attachment 23 re loans to Trade, Media & Business International Corporation (TMB International)** | **Various; loans** | **$140,000.00** |

B7 (Official Form 7) (04/13)
9

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Kunical Holdings, Inc.** | **95-4412437** |

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **None with employer contributions (entirely employee funded)** | |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 10, 2014**          Signature  **/s/ Tetsunori T. Kunimune**

          **Tetsunori T. Kunimune**
          **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Attachment 3b

## Poly Plant Project
## Transaction List by Vendor
### January 10 through April 10, 2014

| Type | Date | Num | Memo | Clr | Split | Credit | TOTAL |
|---|---|---|---|---|---|---|---|
| **AMERICAN EXPRESS** | | | | | | | |
| Bill Pmt -Check | 01/10/2014 | 3260 | Corporate card | √ | 2000.00 · Accounts Payable | 3,838.02 | |
| Check | 01/13/2014 | Amx-Online | Corporate card | √ | -SPLIT- | 2,272.65 | |
| Check | 02/12/2014 | 3320 | Corporate card | √ | 9140.00 · Other Expenses | 1,764.92 | |
| Check | 02/14/2014 | Amx-Online | Corporate card | √ | -SPLIT- | 2,606.64 | |
| Check | 02/11/2014 | 3356 | Corporate card | √ | 9140.00 · Other Expenses | 2,192.32 | |
| Check | 03/13/2014 | Amx-Online | Corporate card | √ | -SPLIT- | 593.64 | $ 13,498.19 |
| **Anthem Blue Cross** | | | | | | | |
| Check | 01/15/2014 | 3301 | | √ | -SPLIT- | 3,997.00 | |
| Check | 03/11/2014 | 3354 | | √ | 5510.20 · Health Insurance | 4,747.00 | |
| Check | 03/21/2014 | 4022 | | √ | 6510.20 · Health Insurance | 4,747.00 | $ 13,491.00 |
| **Bryan Cave LLP** | | | | | | | |
| Bill Pmt -Check | 01/24/2014 | 3315 | PPP Audit File # 0332288; Kunical Audit File ( | √ | -SPLIT- | 10,000.00 | |
| Bill Pmt -Check | 02/25/2014 | 3344 | As per settlement agreement | √ | 2000.00 · Accounts Payable | 10,000.23 | $ 20,000.23 |
| **Dynamic Air** | | | | | | | |
| Check | 01/24/2014 | 3310 | Case No. BC488206 | √ | 2210.30 · Dynamic Air | 5,000.00 | |
| Check | 02/18/2014 | 3325 | Case No. BC488206: Final Payment | √ | 2210.30 · Dynamic Air | 24,500.00 | |
| Check | 02/24/2014 | wire | Interest payment on settlement agreement | √ | 9140.20 · Interest Exp. - Credit Card | 600.00 | $ 30,100.00 |
| **FRANCHISE TAX BOARD** | | | | | | | |
| Check | 02/03/2014 | wire | | √ | 2410.20 · State Income Tax payable | 10,000.00 | $ 10,000.00 |
| **GAB, Inc.** | | | | | | | |
| Check | 01/15/2014 | 3264 | 3093 N. Lima St. | √ | 6600.10 · Rent - Building | 8,558.00 | |
| Check | 02/25/2014 | 3342 | 3091 N. Lima St. | √ | -SPLIT- | 9,413.80 | $ 17,971.80 |
| **Grant, Genovese & Baratta, LLP** | | | | | | | |
| Bill | 02/11/2014 | 46422 | Client # 5225.003 | | 7100.30 · Legal Fees | 15,818.21 | |
| Bill | 02/11/2014 | 46421 | Client # 5225.004 PPP vs. Dynamic Air | | 7100.30 · Legal Fees | 1,860.00 | $ 17,678.21 |
| **Hinckley, Allen & Snyder** | | | | | | | |
| Bill | 01/23/2014 | 3308 | GT Solar Case | √ | 2000.00 · Accounts Payable | 12,934.48 | |
| Bill Pmt -Check | 02/18/2014 | 3324 | GT Solar Case | √ | 2000.00 · Accounts Payable | 353.00 | $ 13,287.48 |

Attachment 3b

## Poly Plant Project
## Transaction List by Vendor
### January 10 through April 10, 2014

| Type | Date | Num | Memo | Clr | Split | Credit | TOTAL |
|------|------|-----|------|-----|-------|--------|-------|
| **MIKHAIL ZADOYEN INCOME TAX INC** | | | | | | | |
| Bill Pmt -Check | 02/11/2014 | 3317 | Tax returns (amended) PPP-E & Kuncal 2010;... | √ | 2000.00 · Accounts Payable | 6,000.00 | |
| Bill Pmt -Check | 03/11/2014 | 3358 | Tax returns (amended) PPP-E & Kuncal 2010;... | | 2000.00 · Accounts Payable | 6,000.00 | $ 12,000.00 |
| **MILLON SEA ENTERPRISE USA, LLC** | | | | | | | |
| Check | 01/23/2014 | 3307 | Rent for Jan. 2014 | √ | 6800.10 · Rent - Building | 17,850.00 | |
| Check | 03/03/2014 | 3351 | | √ | 6800.10 · Rent - Building | 17,850.00 | |
| Check | 04/08/2014 | 4037 | Rent for Feb. 2014 | | 6800.10 · Rent - Building | 17,850.00 | |
| Check | 04/08/2014 | 4038 | Rent for Apr. 2014 | | 6800.10 · Rent - Building | 17,850.00 | $ 71,400.00 |
| **PSC, Inc.** | | | | | | | |
| Check | 03/03/2014 | WIRE | PSCI-PPP022814 | √ | 5000.80 · Direct Technical Services | 5,000.00 | |
| Check | 03/11/2014 | Wire | INV#PSCI-PPP-022814 | √ | 5000.80 · Direct Technical Services | 5,000.00 | $ 10,000.00 |
| **Stoel Rives LLP** | | | | | | | |
| Bill Pmt -Check | 01/23/2014 | 3309 | RMT Case | √ | 2000.00 · Accounts Payable | 2,000.00 | |
| Check | 04/10/2014 | 4040 | | | 2000.00 · Accounts Payable | 3,000.00 | $ 5,000.00 |
| **TelePacific Communications** | | | | | | | |
| Check | 01/24/2014 | 3314 | 32947 | √ | 6600.20 · Telephone and T1 Line | 1,874.62 | |
| Check | 02/27/2014 | 3345 | 32947 | √ | 6600.20 · Telephone and T1 Line | 1,875.96 | |
| Check | 04/03/2014 | 4029 | 32947 | | 6600.20 · Telephone and T1 Line | 2,919.96 | $ 6,670.54 |
| **TMB INTERNATIONAL CORP.** | | | | | | | |
| General Journal | 02/12/2014 | TRF | New Loan | √ | 2250.20 · TMB International | 10,000.00 | |
| General Journal | 03/03/2014 | TRF | Transfer | √ | 2250.20 · TMB International | 5,000.00 | |
| General Journal | 03/10/2014 | TRF | Transfer | √ | 2250.20 · TMB International | 10,000.00 | |
| General Journal | 03/11/2014 | TRF | New Loan | √ | 2250.20 · TMB International | 5,000.00 | |
| General Journal | 03/21/2014 | TRF | New Loan | | 2250.20 · TMB International | 5,000.00 | |
| General Journal | 04/04/2014 | TRF | New Loan | | 2250.20 · TMB International | 22,000.00 | $ 57,000.00 |

ATTACHMENT 23

11:35 AM
04/10/14
Accrual Basis

# Poly Plant Project
## Account QuickReport
### As of April 10, 2014

## 2250.00 · Intercompany Account
### 2250.20 · TMB International

| Type | Date | Num | Name | Split | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 06/13/2013 | | TMB INTERNATIO... | 1000.10 · East... | 28,000.00 | (6,000,000.00) |
| General Journal | 06/27/2013 | Loan | TMB INTERNATIO... | 1000.10 · East... | (5,000.00) | (6,000,000.00) |
| General Journal | 07/11/2013 | Loan | TMB INTERNATIO... | 1000.10 · East... | (5,000.00) | (5,972,000.00) |
| General Journal | 08/12/2013 | Loan | TMB INTERNATIO... | 1000.10 · East... | (7,000.00) | (5,877,000.00) |
| General Journal | 09/03/2013 | Loan... | | 1000.10 · East... | (5,000.00) | (5,984,000.00) |
| General Journal | 09/05/2013 | Loan... | | 1000.10 · East... | (10,000.00) | (5,989,000.00) |
| General Journal | 10/11/2013 | Loan... | | 1000.10 · East... | (23,000.00) | (5,999,000.00) |
| General Journal | 11/08/2013 | Trans... | | 1000.10 · East... | (14,000.00) | (6,028,000.00) |
| General Journal | 12/04/2013 | Trans... | | 1000.10 · East... | (11,000.00) | (6,042,000.00) |
| General Journal | 12/09/2013 | Trans... | | 1000.10 · East... | (5,000.00) | (6,053,000.00) |
| Deposit | 12/09/2013 | TMB | | 1000.10 · East... | (5,000.00) | (6,063,000.00) |
| General Journal | 12/27/2013 | Trans... | | 1000.10 · East... | (10,000.00) | (6,068,000.00) |
| General Journal | 01/06/2014 | Trans... | | 1000.10 · East... | (5,000.00) | (6,078,000.00) |
| General Journal | 02/12/2014 | TRF | | 1000.10 · East... | (10,000.00) | (6,083,000.00) |
| General Journal | 03/03/2014 | TRF | | 1000.10 · East... | (10,000.00) | (6,083,000.00) |
| General Journal | 03/03/2014 | TRF | | 1000.10 · East... | (5,000.00) | (6,093,000.00) |
| General Journal | 03/10/2014 | TRF | | 1000.10 · East... | (10,000.00) | (6,098,000.00) |
| General Journal | 03/11/2014 | TRF | | 1000.10 · East... | (5,000.00) | (6,108,000.00) |
| General Journal | 03/21/2014 | TRF | | 1000.10 · East... | (5,000.00) | (6,113,000.00) |
| General Journal | 04/04/2014 | TRF | TMB INTERNATIO... | 1000.10 · East... | (22,000.00) | (6,118,000.00) |
| | | | | | | (6,140,000.00) |

Total 2250.20 · TMB International    (140,000.00)    (6,140,000.00)

Total 2250.00 · Intercompany Account    (140,000.00)    (6,140,000.00)

**TOTAL**    (140,000.00)    (6,140,000.00)

Page 1

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>**Poly Plant Project**<br><br>Debtor. | Case No.:<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept (hourly fees per Legal Services Agreement)          $ _____ N/A

   Prior to the filing of this statement I have received          $ _____ 41,213.00

   Balance Due          $ _____ 0.00

2.  $ **1,213.00** of the filing fee has been paid. (Included in $41,213.00 payment referenced above)

3.  The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in any contested matter or adversary proceeding.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services: Preparation of Monthly Operating Reports.

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**April 10, 2014** _____     /s/ Mark T. Young _____<br>*Date*                                                   **Mark T Young**<br>                                                         *Signature of Attorney*<br>                                                         **Donahoe & Young LLP**<br>                                                         *Name of Law Firm*<br>                                                         **25152 Springfield Court Ste 345**<br>                                                         **Valencia, CA 91355-1081**<br>                                                         **661-259-9000  Fax: 661-554-7088** |

Statement Regarding Assistance of Non-Attorney - Local Rule 1002-1 (Rev. 9/01)    2001 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**Poly Plant Project** | Case No. |
| | Chapter **11** |
| Social Security No. _____<br><br>Social Security No. _____<br><br>Debtor(s) EIN No. ___**83-0474998**___ | **STATEMENT REGARDING ASSISTANCE OF<br>NON-ATTORNEY WITH RESPECT TO<br>THE FILING OF BANKRUPTCY CASE** |

## THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:

☐　　I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

　　1.　　I paid the sum of $___

　　2.　　I still owe the sum of $___

　　3.　　I agreed to turn over or give a security interest in the following property:

　　4.　　The name of the person or the name of the firm that assisted me was:

　　　　Name:

　　　　Address:

　　　　Telephone:

☒　　I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ___**Burbank**_____ , California.

Executed on: ___**April  10, 2014**_____
　　　　　　　　　　　　Date

　　　　　　　　　　　　　　　/s/ Tetsunori T. Kunimune_____
　　　　　　　　　　　　　　　**Poly Plant Project**
　　　　　　　　　　　　　　　**Tetsunori T. Kunimune / Chief Executive Officer**

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Mark T Young**

Address      **25152 Springfield Court Ste 345 Valencia, CA 91355-1081**

Telephone      **661-259-9000 Fax: 661-554-7088**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s)<br>within last 8 years:<br>**Poly Plant Project**<br>**FKA PPP Equipment Corporation** | Case No.: |
| | Chapter:      **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **April 10, 2014**                              **/s/ Tetsunori T. Kunimune**
                                                                         **Tetsunori T. Kunimune**/Chief Executive Officer
                                                                         Signer/Title

Date:    **April 10, 2014**                              **/s/ Mark T Young**
                                                                         Signature of Attorney
                                                                         **Mark T Young**
                                                                         **Donahoe & Young LLP**
                                                                         **25152 Springfield Court Ste 345**
                                                                         **Valencia, CA 91355-1081**
                                                                         **661-259-9000   Fax: 661-554-7088**

Poly Plant Project
3099 North Lima Street
Burbank, CA 91504-2013


Mark T Young
Donahoe & Young LLP
25152 Springfield Court Ste 345
Valencia, CA 91355-1081


Office of the US Trustee LA
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

American Express
Box 0001
Los Angeles, CA 90096-8000


Aspen Technology Inc
200 Wheeler Road
Burlington, MA 01803


Bryan Cave LLP
120 Broadway Suite 300
Santa Monica, CA 90401


Dentons US LLP
Attn Mark Riera Esq
601 S Figueroa St Suite 2500
Los Angeles, CA 90017-5704


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Fabrizio Goi
Poly Service SRL
Via Giotto N 17
Milano 20145
ITALY


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Friem SpA
Via Thomas Alva Edison 1
20090 Segrate Milan
ITALY


Grant Genovese & Baratta LLP
Attn  Michael S Frey
2030 Main Street Suite 1600
Irvine, CA 92614


Hinckley Allen
Attn  Michael J Connolly
28 State Street
Boston, MA 02109-1775


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1973 North Rulon White Blvd
Ogden, UT 84201


Jan Maurits
12517 NE 43rd Avenue
Vancouver, WA 98686


K&L Gates LLP (John C. Blessington)
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950


Kawahito Shraga & Westrick LLP
Attn David R Shraga
1990 S Bundy Drive Suite 280
Los Angeles, CA 90025

Million Sea Enterprise USA LLC
3099 N Lima Street
Burbank, CA 91504


Montana Department of Revenue
PO Box 5805
Helena, MT 59604


Montana Department of Revenue
PO Box 8021
Helena, MT 59604


Montana Department of Revenue
125 N Roberts Third Floor
Helena, MT 59061-4558


Resolve Mediation Services Inc
1211 Avenue of the Americas
40th Floor
New York, NY 10036-8704


Simeon H Baum
1211 Avenue of the Americas
40th Floor
New York, NY 10036-8704


Stoel Rives LLP
900 SW Fifth Avenue Suite 2600
Portland, OR 97204


Tetsunori T Kunimune
3099 N Lima Street
Burbank, CA 91502

Walter Tosto SpA
Via Ermaso Piaggo, 72
66100 Chieti Scalo
ITALY