**FILED & ENTERED**

APR 30 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Poly Plant Project<br><br><br><br>                              Debtor. | Case No.: 2:14-bk-17109-TD<br><br>CHAPTER 11<br><br>**ORDER (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE AND (2) REQUIRING STATUS REPORT**<br><br>Date:    June 4, 2014<br>Time:    10:00 a.m.<br>Courtroom:    1345 |

    Debtor is hereby notified that a status conference hearing shall take place in this Chapter 11 case at the above-captioned time and place.  Debtor's counsel's personal appearance is required at all court hearings in this case.  The use of appearance attorneys is not allowed nor are telephone appearances.  A written Status Report is required.  At the status conference, among other things, the court may set deadlines for filing proofs of claims and interests, for filing of a plan and disclosure statement and for confirmation of a plan.

    The Debtor shall give notice of the status conference to all creditors, the U. S. Trustee and Creditors' Committee counsel (if any) or to the 20 largest unsecured creditors if no committee has been appointed. The Debtor shall give such notice by

mailing a copy of this order to all such parties within 48 hours after Debtor receives this order.  The Debtor shall file a proof of service with the court.

The Debtor shall file a Status Report with the court, deliver a file-stamped JUDGE'S COPY to 255 E. Temple Street, Suite 1352, Los Angeles, California, 90012, and serve a copy on the U. S. Trustee and all official committees 14 days before every status conference hearing in this case.  The Judge's Copy must be stamped "JUDGE'S COPY" on the front page, per LBR 5005-2(d) and Court Manual section 3-5(b).  Exhibits to the judge's copy must be tabbed.  LBR 5005-2(d)(1).  The Status Report must be delivered to chambers within 24 hours after filing.

The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents.

The Status Report shall:

I.   Describe the events that led up to and caused the filing of this Chapter 11 case.

II.  Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

III. Describe the status of all post-petition litigation.

IV.  State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§ 544-550.  If so, briefly state whether complaints have been filed.  If complaints have not been filed, explain why not and estimate when they will be filed.

V.   Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107 and all applicable guidelines of the Office of the U. S. Trustee.  If not, explain why not.

VI.  Disclose whether the Debtor has employed any professionals.  If so, whether the court has approved the employment.  If the Debtor has not sought or obtained approval of professional employment, explain why not.

VII. Estimate when a disclosure statement will be filed and served, if one has not been filed already.  If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

VIII. State the Debtor's proposed deadline for filing proofs of claims.

1    Any party who files a disclosure statement and plan in this case must use this
2 court's suggested forms unless excused from doing so by a court order based upon a
3 written application explaining why the court's forms are not appropriate in this case.
4 The court's forms can be downloaded from the court's Website, which is located at
5 <*http://www.cacb.uscourts.gov*>.  The forms also can be downloaded onto a diskette at
the Public Information Center in the clerk's office on your own formatted 3.5" diskette.
6    Failure to comply with any provision of this order may be deemed consent to the
7 conversion or dismissal of this case.
8    IT IS SO ORDERED.

Date: April 30, 2014

Thomas B. Donovan
United States Bankruptcy Judge