MARK T. YOUNG (Bar No. 89951)
TAYLOR F. WILLIAMS (Bar No. 281331)
DONAHOE & YOUNG LLP
25152 Springfield Court, Suite 345
Valencia, California 91355
Telephone: 661.259.9000 / Facsimile: 661.554.7088
E-mail:  myoung@donahoeyoung.com; twilliams@donahoeyoung.com

Chapter 11 Counsel for Debtor/Debtor-in-Possession
POLY PLANT PROJECT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No.  2:14-bk-17109-TD |
| --- | --- |
| **POLY PLANT PROJECT,** | [Chapter 11] |
| Debtor. | **NOTICE OF STATUS CONFERENCE** |
| | Date:     August 20, 2014 |
| | Time:     2:00 p.m. |
| | Courthouse:  1345 |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the Court has set a Status Conference in the above-referenced Chapter 11 case for **August 20, 2014** at **2:00 p.m.** (or soon thereafter as the matter may be heard) in Courtroom 1345 of the United States Bankruptcy Court, Central District of California, Los Angeles Division, located on the 13th floor of the Edward Roybal Federal Building at 255 East Temple Street, Los Angeles, California  90012.

Dated: June 4, 2014                           DONAHOE & YOUNG LLP

*/s/ Mark T. Young*
By:_____
MARK T. YOUNG
Chapter 11 Counsel for
Debtor/Debtor-in-Possession
POLY PLANT PROJECT

1
**NOTICE OF STATUS CONFERENCE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

25152  Springfield Court, Suite 345, Valencia, California  91355

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF STATUS CONFERENCE
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/04/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Queenie K Ng    queenie.k.ng@usdoj.gov
   Samuel Price    sprice@pooleshaffery.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   John E Walker    john.walker@dentons.com, sam.alberts@dentons.com;scott.koerner@dentons.com
   Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*)    06/04/2014    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)    06/04/2014    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Honorable Thomas B. Donovan
   United States Bankruptcy Judge

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/04/2014 | Kristy Ballew | */s/ Kristy Ballew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | Aspen Technology Inc.<br>200 Wheeler Road<br>Burlington, MA 01803 | Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| Dentons US LLP<br>Attn: Mark Riera, Esq.<br>601 S Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5704 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Fabrizio Goi<br>Poly Service SRL<br>Via Giotto N 17<br>Milano 20145<br>ITALY |
| Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0511 | Friem SpA<br>Via Thomas Alva Edison 1<br>20090 Segrate Milan<br>ITALY |
| Grant Genovese & Baratta LLP<br>Attn: Michael S. Frey<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614 | Hinckley Allen<br>Attn: Michael J. Connolly<br>28 State Street<br>Boston, MA 02109-1775 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>1973 North Rulon White Blvd.<br>Ogden, UT 84201 | Jan Maurits<br>12517 NE 43rd Avenue<br>Vancouver, WA 98686 | K&L Gates LLP (John C. Blessington)<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 |
| Kawahito Shraga & Westrick LLP<br>Attn: David R. Shraga<br>1990 S Bundy Drive Suite 280<br>Los Angeles, CA 90025 | Million Sea Enterprise USA LLC<br>3099 N. Lima Street<br>Burbank, CA 91504 | Montana Department of Revenue<br>PO Box 5805<br>Helena, MT 59604 |
| Montana Department of Revenue<br>PO Box 8021<br>Helena, MT 59604 | Montana Department of Revenue<br>125 N Roberts Third Floor<br>Helena, MT 59061-4558 | Simeon H. Baum<br>Resolve Mediation Services, Inc.<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036-8704 |
| Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204 | Walter Tosto SpA<br>Via Ermaso Piaggo, 72<br>66100 Chieti Scalo<br>ITALY | Tetsunori T. Kunimune<br>3099 N. Lima St.<br>Burbank, CA 91504-2013 |
| L.A. County Tax Collector<br>Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Los Angeles City Clerk<br>PO Box 53200<br>Los Angeles, CA 90053-0200 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-5627 |