UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>POLY PLANT PROJECT<br><br><br>Debtor(s). | **CHAPTER 11 (BUSINESS)**<br><br>Case Number:    2:14-bk-17109-TD<br>Operating Report Number:   Amended 1<br>For the Month Ending:   April (14-)30, 2014 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:        0.00

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales
Other (Specify)        (Loans Repayment)        48,808.40
**Other (Specify)        Transfer from Pre-        6,078.66
Petition Accounts
TOTAL RECEIPTS THIS PERIOD:        54,887.06

5.  BALANCE:        54,887.06

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)        26,449.72
Disbursements (from page 2)        3,437.76

TOTAL DISBURSEMENTS THIS PERIOD:***        29,887.48

7.  ENDING BALANCE:        24,999.58

8.  General Account Number(s):        xxxxx3311

Depository Name & Location:        East West Bank
City of Industry, CA 91748

---

\*    All receipts must be deposited into the general account.
\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/28/2014 | 1000 | SimplyRem | IT Support | | 500.00 | 500.00 |
| 4/28/2014 | 1001 | West | Software | | 972.00 | 972.00 |
| 4/28/2014 | 1002 | Burbank DWP | Water & Power | | 1,128.85 | 1,128.85 |
| 4/28/2014 | 1003 | Jan Maurits | Telephone/Internet | | 451.69 | 451.69 |
| 4/28/2014 | 1004 | LDI Color | Copier services | | 78.39 | 78.39 |
| 4/30/2014 | wire | National Benefits | Section 125, FSA Health Care | | 83.33 | 83.33 |
| 4/30/2014 | 1005 | John Hancock | 401K Employee contribution | | 193.50 | 193.50 |
| 4/30/2014 | | East West Bank | bank service fees | | 30.00 | 30.00 |
| 4/30/2014 | | 3318 (DIP Payroll) | Payroll | 26,449.72 | | 26,449.72 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 26,449.72 | 3,437.76 | $29,887.48 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 4/30/2014 | Balance on Statement: | $27,116.77 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1000 | 4/28/2014 | 500.00 |
| 1001 | 4/28/2014 | 972.00 |
| 1003 | 4/28/2014 | 451.69 |
| 1005 | 4/30/2014 | 193.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| TOTAL OUTSTANDING CHECKS: | 2,117.19 |

Bank statement Adjustments: _____

Explanation of Adjustments-

| | |
|---|---|
| ADJUSTED BANK BALANCE: | $24,999.58 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## 1. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 0.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 0.00 |
| 3.  BEGINNING BALANCE: | 0.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | 26,449.72 |
| 5.  BALANCE: | 26,449.72 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 26,449.72 |
| 7.  ENDING BALANCE: | 0.00 |

8.  PAYROLL Account Number(s):     xxxxx3325

East West Bank

Depository Name & Location:     City of Industry, CA 91748

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/30/2014 | DD | Barantsevich, Anzhey | Semimonthly Payroll (gross) | 5,012.50 |
| 4/30/2014 | DD | Jurish, Randall | Semimonthly Payroll (gross) | 5,329.18 |
| 4/30/2014 | DD | Kunimune, Tesunori | Semimonthly Payroll (gross) | 6,250.00 |
| 4/30/2014 | DD | Nemitz, Ronald | Semimonthly Payroll (gross) | 1,712.32 |
| 4/30/2014 | DD | Wang, Ruofeng | Semimonthly Payroll (gross) | 3,031.50 |
| 4/30/2014 | DD | Yoo, James | Semimonthly Payroll (gross) | 3,212.50 |
| 4/30/2014 | wire | Federal & State Gov. | Employer Portion of  Payroll Taxes | 1,892.72 |
|  |  | Intuit Charge |  | 9.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 26,449.72 |

Note:

Randall, Jurisch - FSA Healthcare deduction $83.33

Ruofeng , Wang  - 401K Plan deduction $193.50

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____4/30/2014_____    Balance on Statement: _____ $0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____ _____ | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

1.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                                         0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                      0

4.  RECEIPTS DURING CURRENT PERIOD:                                                      0.00
    (Transferred from General Account)

5.  BALANCE:                                                                             0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                                 12.00

7.  ENDING BALANCE:                                                                    (12.00)

8.  TAX Account Number(s):                           xxxxxx3325

    Depository Name & Location:                      East West Bank
                                                     City of Industry, CA 91748

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/30/2014 | | East West Bank | Bank fees | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 12.00 |

FAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date:          4/30/2014   Balance on Statement:                    ($12.00)

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                              0.00

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              ($12.00)

* It is acceptable to replace this form with a similar form          Page 9 of 16
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 27,116.77 |
| Payroll Account: | 0.00 |
| Tax Account: | (12.00) |
| *Other Accounts: | |
| | |
| *Other Monies: Petty cash | 577.25 |
| **Petty Cash (from below): | 0.00 |

## TOTAL CASH AVAILABLE:                                    27,682.02

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

## TOTAL PETTY CASH TRANSACTIONS:                                    0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

**FOR THE REPORTING PERIOD:**

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 24,824.83

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 3,140.00 | 0.00 | |
| State Withholding (CA,VA) | 1,202.39 | 0.00 | |
| FICA- Employer's Share | 1,892.72 | 0.00 | |
| FICA- Employee's Share | 1,892.72 | 0.00 | |
| Federal Unemployment | | | |
| Sales and Use | 0.00 | | |
| Real Property | 0.00 | | |
| Other: CA Disability | 215.17 | 0.00 | |
| TOTAL: | 8,343.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Tokio Marine Ins. | 2,000,000.00 | 2/11/2015 | 2/11/2015 |
| Worker's Compensation | Tokio Marine Ins. | 1,000,000.00 | 2/11/2015 | 2/11/2015 |
| Casualty |  |  |  |  |
| Vehicle | Tokio Marine Ins. | 1,000,000.00 | 2/11/2015 | 2/11/2015 |
| Others: Group Life & LTD | Sun Life Insurance | 50,000.00 | Monthly Payments | 6/1/2014 |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2014 | TBD | TBD | TBD | TBD | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 0.00 |  |  | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Tetsunori T. Kunimune | 4/30/14 (per LBR 2014-1(a)(3)) | $12,500/month | 6,250.00 |
| Note: A "Notice of Setting/ Increasing Insider Compensation" was also submitted on 4/14/14 for A. Barantsevich, J. Yoo, & R. Jurisch.  These individuals are not true insiders.  Their compensation during the relevant period is as shown on page 5. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT
## (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Technology Consultants/Engineers/IT | 5,500.00 | 5,500.00 |
| Direct Technical Services | | |
| Warehousing | | |
| Freight & Delivery | | |
| Sales Commissions | | |
| Cost of Goods Sold (COGS) | 5,500.00 | 5,500.00 |
| | | |
| **Gross Profit** | (5,500.00) | (5,500.00) |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 6,250.00 | 6,250.00 |
| Payroll - Other Employees | 18,574.83 | 18,574.83 |
| Payroll Taxes & Fees | 1,901.72 | 1,901.72 |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance (Group Health, Dental, Dues) | 4,232.67 | 4,232.67 |
| Real Property Taxes | | |
| Office Supplies | 32.00 | 32.00 |
| Telephone and Utilities | 1,868.62 | 1,868.62 |
| Repairs and Maintenance | 78.39 | 78.39 |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Legal Fees Chapter 11 | 11,506.51 | 11,506.51 |
| Bank Fees | 42.00 | 42.00 |
| Subscriptions & Dues | 1,082.00 | 1,082.00 |
| Total Operating Expenses | 45,568.74 | 45,568.74 |
| | | |
| Net Gain/(Loss) from Operations | (51,068.74) | (51,068.74) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 3,250.00 | 3,250.00 |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 3,250.00 | 3,250.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | (47,818.74) | (47,818.74) |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 25,564.83 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Intercompany Account (TMB) | 6,140,000.00 | |
| Inventory | | |
| Notes Receivable (Kunical, Paul Riaz, Million Sea) | 9,764,441.60 | |
| Prepaid Expenses; Legal Retainer Chapter 11 | 16,076.49 | |
| Other | | |
| Investment In 4DS | 743,631.75 | |
| Investment In RMT (Liquidated) | 250,000.00 | |
| Deposits Receivable (Rent) | 10,272.78 | |
| Total Current Assets | | 16,949,987.45 |
| | | |
| Property, Plant, and Equipment | 451,442.80 | |
| Accumulated Depreciation/Depletion | (451,442.80) | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 16,949,987.45 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 5,000.00 | |
| Taxes Payable (Payroll Liabilities) | (204.80) | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 4,795.20 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | 19,444,861.21 | |
| Unsecured Liabilities (AP; Tosto, Friem, Aspen) | 2,487,583.90 | |
| Other (Itemize) | | |
| Shareholders Loan | 360,000.00 | |
| Total Pre-petition Liabilities | | 22,292,445.11 |
| | | |
| TOTAL LIABILITIES | | 22,297,240.31 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity (Including Retained Earnings) | (5,299,434.12) | |
| Post-petition Profit/(Loss) | (47,818.74) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (5,347,252.86) |
| TOTAL LIABILITIES & EQUITY | | 16,949,987.45 |

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3.

State what progress was made during the reporting period toward filing a plan of reorganization

Debtor filed its Chapter 11 petition on April 14, 2014 (Doc. 1), and submitted and served four Notices of Setting/Increasing Insider Compensation that same day.  On April 16, 2014, Debtor filed its Application to Employ Donahoe & Young LLP (D&Y) (Docs. 3-4).  On April 18, 2014, Debtor opened its debtor-in-possession bank accounts.  On April 22, 2014, Debtor closed the last of its pre-petition bank accounts and completed its 7-Day Package to the U.S. Trustee.
The §341 meeting was originally set for a date on which Debtor's CEO would be unavailable; Debtor made arrangements with the UST to continue the §341 meeting to June 3, 2014, and filed and served a Notice of Continuance (Doc. 7).  Debtor completed its Initial Debtor Interview with the UST on April 29, 2014.  Debtor received one objection to the Application to Employ D&Y (from the UST).  Debtor resolved that Objection by agreement on April 30, 2014.

4. Describe potential future developments which may have a significant impact on the case:
Debtor must negotiate a repayment arrangement with the IRS, make progress in collecting its major receivables, and finalize contracts to generate additional revenue.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.   None.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,   Tetsunori T. Kunimune, Chief Executive Officer,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

6 - 12 - 2014
Date

Principal for debtor-in-possession

**EAST WEST BANK** *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   3
STARTING DATE: April 18, 2014
ENDING DATE: April 30, 2014
Total days in statement period: 13
3311
( 2 )

POLLY PLANT PROJECT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #14-17109
GENERAL OPERATING
3099 N LIMA ST
BURBANK CA 91504

Phishing and Email Scams are
on the rise. To learn more about
how you can protect yourself,
visit our website at
www.eastwestbank.com.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 3311 | Beginning balance | $0.00 |
| Enclosures | 2 | Total additions | 54,887.06 |
| Low balance | $6,078.66 | Total subtractions | 27,770.29 |
| Average balance | $20,050.96 | Ending balance | $27,116.77 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-18 | Deposit | TLR 2806 BR 8023 | 15.14 |
| | 04-18 | Deposit Trans | TLR 2306 BR 8023 | 6,063.52 |
| | 04-24 | Deposit Trans | TLR 7808 BR 8028 | 20,000.00 |
| | 04-24 | Deposit | | 28,808.40 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1002 | 04-30 | 1,128.85 | * Skip in check sequence | | |
| 1004 * | 04-30 | 78.39 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-25 | Transfer | TLR 7305 BR 8078 | 26,449.72 |
| 04-30 | Outgoing Wire | NATIONAL NOTARY SERVICE INC | 83.33 |
| 04-30 | Service Charge | OUTGOING WIRE | 30.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-18 | 6,078.66 | 04-25 | 28,437.34 | | |
| 04-24 | 54,887.06 | 04-30 | 27,116.77 | | |

**EAST WEST BANK** *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

POLLY PLANT PROJECT

## OVERDRAFT/RETURN ITEM FEES

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |

**EAST WEST BANK** *Your Financial Bridge*



04/30/2014    1002    $1,128.85



04/30/2014    1004    $78.38

# EAST WEST BANK *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page    1   of   1
STARTING DATE: April 18, 2014
ENDING DATE: April 30, 2014
Total days in statement period: 13

3325
( 0)

POLLY PLANT PROJECT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #14-17109
TAXES
3099 N LIMA ST
BURBANK CA 91504

Phishing and Email Scams are
on the rise. To learn more about
how you can protect yourself,
visit our website at
www.eastwestbank.com.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3325 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | | .00 |
| Average balance | $0.00 | Total subtractions | | 12.00 |
| | | Ending balance | | $-12.00 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 04-30 | Maintenance Fee | 12.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | -12.00 | | | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EAST WEST BANK** *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: April 18, 2014
ENDING DATE: April 30, 2014
Total days in statement period: 13

3918
( 0)

POLLY PLANT PROJECT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #14-17109
PAYROLL
3099 N LIMA ST
BURBANK CA 91504

Phishing and Email Scams are
on the rise. To learn more about
how you can protect yourself,
visit our website at
www.eastwestbank.com.

## Standard Business Checking

| | | Beginning balance | $0.00 |
|---|---|---|---|
| Account number | 3318 | Total/additions | 26,449.72 |
| Low balance | $0.00 | Total subtractions | 26,449.72 |
| Average balance | $8,138.38 | Ending balance | $.00 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-25 | Deposit Trans | TLR 2306 BR 0035 | 26,449.72 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-29 | Preauth Debit | INTUIT PAYROLL S QUICKBOOKS 140420 8304740303 | 26,449.72 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-25 | 26,449.72 | 04-29 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |