UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>POLY PLANT PROJECT<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                2:14-bk-17109-TD<br>Operating Report Number:                2<br>For the Month Ending:                31-May-14 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                54,887.06

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS                29,887.48

3.  BEGINNING BALANCE:                24,999.58

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales
Other (Specify)        (Loans Repayment)                76,942.50
**Other (Specify)

TOTAL RECEIPTS THIS PERIOD:                76,942.50

5.  BALANCE:                101,942.08

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)        53,628.84
Disbursements (from page 2)        33,765.19

TOTAL DISBURSEMENTS THIS PERIOD:***                87,394.03

7.  ENDING BALANCE:                14,548.05

8.  General Account Number(s):                DIP # xxxxx3311

Depository Name & Location:                East West Bank
City of Industry, CA 91748

---

\*    All receipts must be deposited into the general account.
\**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM DIP/ACCOUNT FOR PERIOD 5/1/14 to 5/31/14

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/1/2014 | 1006 | Telepacific Comm. | Telephone/Internet | | 984.22 | 984.22 |
| 5/1/2014 | 1008 | AT&T | Telephone/Internet | | 632.15 | 632.15 |
| 5/1/2014 | 1007 | Million Sea | Office Rent | | 17,850.00 | 17,850.00 |
| 5/5/2014 | 1009 | Charter Communic. | Telephone/Internet | | 81.18 | 81.18 |
| 5/5/2014 | 1010 | Sun Life Financial | Long Term Disability Group Ins. | | 305.58 | 305.58 |
| 5/5/2014 | transfer | DIP Tax account | bank service fees | 12.00 | | 12.00 |
| 5/9/2014 | transfer | Operating account | to cover overdraw on prior acc. | | 175.54 | 175.54 |
| 5/12/2014 | 1011 | Jan Mauritz | Consulting | | 5,000.00 | 5,000.00 |
| 5/12/2014 | 1012 | Remington | Office Water | | 32.00 | 32.00 |
| 5/13/2014 | transfer | DIP Payroll Account | Payroll 05/15/14 | 26,423.95 | | 26,423.95 |
| 5/16/2014 | 1013 | Barracuda Network | Firewall / Internet | | 150.00 | 150.00 |
| 5/16/2014 | 1014 | Nat.Benefits | Administration fees | | 110.00 | 110.00 |
| 5/20/2014 | 1015 | Simply Rem | IT | | 500.00 | 500.00 |
| 5/20/2014 | 1016 | Gas Company | Gas company | | 26.86 | 26.86 |
| 5/20/2014 | 1017 | At & T Mobile | Telephone/Internet | | 399.35 | 399.35 |
| 5/20/2014 | 1018 | Burbank DWP | DWP | | 1,198.95 | 1,198.95 |
| 5/23/2014 | 1019 | Action Verb, LLC | Telephone/Internet | | 49.00 | 49.00 |
| 5/23/2014 | 1020 | Anthem Blue Cross | Medical Group Insurance | | 3,458.00 | 3,458.00 |
| 5/23/2014 | 1021 | Shred It | Office Expenses | | 111.48 | 111.48 |
| 5/27/2014 | 1022 | Allied Administrator | Delta Dental Insurance Group | | 598.67 | 598.67 |
| 5/27/2014 | 1023 | LA Tax Collector | Business Property Tax | | 1,056.15 | 1,056.15 |
| 5/27/2014 | 1024 | LDI Color Toolbox | Office Equipment service | | 41.16 | 41.16 |
| 5/27/2014 | 1025 | Blue Shield | Vision Group Insurance | | 32.90 | 32.90 |
| 5/28/2014 | transfer | DIP Payroll Account | Payroll 05/30/14 | 27,192.89 | | 27,192.89 |
| 5/31/2014 | 1026 | West | Subscription | | 972.00 | 972.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 53,628.84 | 33,765.19 | $87,394.03 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT xx3-3315
BANK RECONCILIATION

| Bank statement Date: | 5/31/2014 | Balance on Statement: | $19,059.95 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1019 | 5/23/2014 | 49.00 |
| 1020 | 5/23/2014 | 3,458.00 |
| 1025 | 5/27/2014 | 32.90 |
| 1026 | 5/31/2014 | 972.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | | 4,511.90 |
|---|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| | | | |
|---|---|---|---|

| ADJUSTED BANK BALANCE: | | | $14,548.05 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## 1. CASH RECEIPTS AND DISBURSEMENTS
### B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                        26,449.72

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                            26,449.72
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                          0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                             53,616.84
    (Transferred from General Account)

5.  BALANCE:                                                                    53,616.84

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                         53,628.84

7.  ENDING BALANCE:                                                             (12.00)

8.  PAYROLL Account Number(s):                    xxxxx3325
                                                  East West Bank
    Depository Name & Location:                   City of Industry, CA 91748

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/15/2014 | DD | Barantsevich, Anzhey | Semimonthly Payroll (gross) | 5,012.50 |
| 5/15/2014 | DD | Jurish, Randall | Semimonthly Payroll (gross) | 5,329.17 |
| 5/15/2014 | DD | Kunimune, Tesunori | Semimonthly Payroll (gross) | 6,250.00 |
| 5/15/2014 | DD | Nemitz, Ronald | Semimonthly Payroll (gross) | 1,324.64 |
| 5/15/2014 | DD | Wang, Ruofeng | Semimonthly Payroll (gross) | 3,031.50 |
| 5/15/2014 | DD | Yoo, James | Semimonthly Payroll (gross) | 3,212.50 |
| 5/15/2014 | debit | FICA Tax | Employer Portion of Payroll Taxes | 1,863.07 |
| 5/15/2014 | debit | Intuit Charge | | 123.75 |
| 5/15/2014 | 1000 | J.Hancock 401K retirement | R.Wang 401K deduction | 193.50 |
| 5/15/2014 | 1001 | National Benefits Services | R.Jurish 125 plan deduction | 83.33 |
| | | | | |
| 5/29/2014 | debit | Intuit Charge | | 9.00 |
| 5/29/2014 | debit | EDD | CA Employment Training tax | 49.00 |
| 5/29/2014 | debit | FICA Tax | Employer Portion of Payroll Taxes | 1,922.38 |
| 5/30/2014 | DD | Nemitz, Ronald | Semimonthly Payroll (gross) | 2,100.00 |
| 5/30/2014 | DD | Yoo, James | Semimonthly Payroll (gross) | 3,212.50 |
| 5/30/2014 | DD | Barantsevich, Anzhey | Semimonthly Payroll (gross) | 5,012.50 |
| 5/30/2014 | DD | Jurishch, Randall | Semimonthly Payroll (gross) | 5,329.17 |
| 5/30/2014 | DD | Kunimune, Tetsunori | Semimonthly Payroll (gross) | 6,250.00 |
| 5/30/2014 | DD | Wang, Ruofeng | Semimonthly Payroll (gross) | 3,031.50 |
| 5/30/2014 | 1002 | J.Hancock 401K retirement | R. Wang 401K deduction | 193.50 |
| 5/30/2014 | 1003 | National Benefits | R.Jurisch 125 plan deduction | 83.33 |
| 5/31/2014 | debit | East West Bank | bank fees | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 53,628.84 |

PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____5/31/2014_____   Balance on Statement: _____$264.83_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____1002 | ____5/30/2014 | ____193.50 |
| _____1003 | ____5/30/2014 | _____83.33 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                       | 276.83 |

Bank statement Adjustments:                                     _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                          | ($12.00) |

1.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                               0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                                  12.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                              -12

4.  RECEIPTS DURING CURRENT PERIOD:                                               12.00
    (Transferred from General Account)

5.  BALANCE:                                                                        0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                           12.00

7.  ENDING BALANCE:                                                              (12.00)

8.  TAX Account Number(s):                          xxxxxx3325

    Depository Name & Location:                     East West Bank
                                                    City of Industry, CA 91748

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/31/2014 | | East West Bank | Bank fees | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 12.00 |

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____4/30/2014_____ Balance on Statement: _____ ($12.00)

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT               | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:               | 0.00 |

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:               | ($12.00) |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | 14,548.05 |
| Payroll Account: | (12.00) |
| Tax Account: | (12.00) |
| *Other Accounts: | |
| | |
| *Other Monies: Petty cash | 577.25 |
| **Petty Cash (from below): | (41.00) |

### TOTAL CASH AVAILABLE:                                            15,060.30

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 5/7/2014 | Automobile trip to Fed.Court House | (20.00) |
| 5/7/2014 | Parking at Fed. Court House | (21.00) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### TOTAL PETTY CASH TRANSACTIONS:                               (41.00)

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Million Sea | Mo | $17,850.00 | 0.00 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 49,649.64

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 6,311.00 | 0.00 | |
| State Withholding (CA,VA) | 2,411.75 | 0.00 | |
| FICA- Employer's Share | 3,786.20 | 0.00 | |
| FICA- Employee's Share | 3,786.20 | 0.00 | |
| Federal Unemployment | | | |
| Sales and Use | 0.00 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Other: CA Training Tax | 49.00 | 0.00 | |
| CA Disability | 430.33 | 0.00 | |
| TOTAL: | 16,774.48 | 0.00 | |

# IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Tokio Marine Ins. | 2,000,000.00 | 2/11/2015 | 2/11/2015 |
| Worker's Compensation | Tokio Marine Ins. | 1,000,000.00 | 2/11/2015 | 2/11/2015 |
| Casualty |  |  |  |  |
| Vehicle | Tokio Marine Ins. | 1,000,000.00 | 2/11/2015 | 2/11/2015 |
| Others: Group Life & LTD | Sun Life Insurance | 50,000.00 | Monthly Payments | 6/1/2014 |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2014 | TBD | TBD | TBD | TBD | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 0.00 |  |  | 0.00 | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Tetsunori T. Kunimune | 4/30/14 (per LBR 2014-1(a)(3)) | $12,500/month | 12,500.00 |
| Note: A "Notice of Setting/ Increasing Insider Compensation" was also submitted on 4/14/14 for A. Barantsevich, J. Yoo, & R. Jurisch.  These individuals are not true insiders.  Their compensation during the relevant period is as shown on page 5. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Technology Consultants/Engineers/IT | 5,500.00 | 11,000.00 |
| Direct Technical Services | | |
| Warehousing | | |
| Freight & Delivery | | |
| Sales Commissions | | |
| Cost of Goods Sold (COGS) | 5,500.00 | 11,000.00 |
| | | |
| **Gross Profit** | (5,500.00) | (11,000.00) |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 12,500.00 | 18,750.00 |
| Payroll - Other Employees | 37,149.64 | 55,724.47 |
| Payroll Taxes & Fees | 3,918.95 | 5,820.67 |
| Other Taxes (Unsecured Business Prop. tax) | 1,056.15 | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | 17,850.00 | 17,850.00 |
| Lease Expense - Personal Property | | |
| Insurance (Group Health, Dental, Life &Dues) | 4,395.15 | 8,627.82 |
| Real Property Taxes | | |
| Office Supplies (water, shred it, others) | | 32.00 |
| Telephone and Utilities | 3,472.71 | 5,341.33 |
| Repairs and Maintenance | 90.16 | 168.55 |
| Travel and Entertainment (auto, parking, etc.) | 41.00 | 41.00 |
| Miscellaneous Operating Expenses (Itemize) | | |
| Legal Fees Chapter 11 | 8,029.13 | 19,535.64 |
| Bank Fees | 199.54 | 241.54 |
| Subscriptions & Dues (west,  Nat ben) | 1,082.00 | 2,164.00 |
| Total Operating Expenses | 89,784.43 | 134,297.02 |
| Net Gain/(Loss) from Operations | (95,284.43) | (145,297.02) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 20,080.55 | 23,330.55 |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 20,080.55 | 23,330.55 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | (75,203.88) | (121,966.47) |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 15,060.30 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Intercompany Account (TMB) | 6,135,000.00 | |
| Inventory | | |
| Notes Receivable (Kunical, Paul Riaz, Million Sea) | 9,712,579.65 | |
| Prepaid Expenses; Legal Retainer Chapter 11 | 8,047.36 | |
| Other | | |
| Investment In 4DS | 743,631.75 | |
| Investment In RMT (Liquidated) | 250,000.00 | |
| Deposits Receivable (Rent) | 10,272.78 | |
| Total Current Assets | | 16,874,591.84 |
| | | |
| Property, Plant, and Equipment | 451,442.80 | |
| Accumulated Depreciation/Depletion | (451,442.80) | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| | | |
| **TOTAL ASSETS** | | **16,874,591.84** |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 5,000.00 | |
| Taxes Payable (Payroll Liabilities) | (204.80) | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 4,795.20 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | 19,650,261.57 | |
| Unsecured Liabilities (AP; Tosto, Friem, Aspen) | 2,487,583.90 | |
| Other (Itemize) | | |
| Shareholders Loan | 360,000.00 | |
| Total Pre-petition Liabilities | | 22,497,845.47 |
| | | |
| TOTAL LIABILITIES | | 22,502,640.67 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity (Including Retained Earnings) | (5,552,844.95) | |
| Post-petition Profit/(Loss) | (75,203.88) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (5,628,048.83) |
| TOTAL LIABILITIES & EQUITY | | **16,874,591.84** |

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

Business:
PPP continues to pursue execution of contracts for major polysilicon plant projects in Vietnam, Saudi Arabia, and Qatar. The Vietnam project (as to which a letter of intent was issued on March 19, 2014) is in the feasibility study phase; PPP has been following up weekly. PPP is one of two finalists for the Saudi Arabia project; follow-up questions are expected by late August 2014. The Qatar project is covered by a Non-Disclosure Agreement; PPP has been following up weekly, and PPP's CEO traveled to Qatar in May 2014 to meet with the principal officers of the developer.
Chapter 11 Case:
PPP served Notice of the Status Conference set by the Court on all creditors on May 5, 2014 (Docket No. 12). PPP signed a stipulation prepared by the U.S. Trustee re employment of Debtor's counsel on May 1, 2014; the Stipulation was filed on May 7, 2014 (Docket No. 13), and an Order approving it was entered the following day (May 8, 2014; Docket No. 16). PPP filed an Amended Schedule B and its first Monthly Operating Report on May 9, 2014 (Docket Nos. 17 - 18), and a Status Report on May 21, 2014 (Docket No. 21).

4. Describe potential future developments which may have a significant impact on the case:
Debtor must negotiate a repayment arrangement with the IRS, make progress in collecting its major receivables, and finalize contracts to generate additional revenue.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period. None.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | |

I, Tetsunori T. Kunimune, Chief Executive Officer,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

6 - 13 - 2014
Date

Principal for debtor-in-possession

**EAST WEST BANK** *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page    1   of   4
STARTING DATE: May 01, 2014
ENDING DATE: May 31, 2014
Total days in statement period: 31
3311
21)

OZ 01
POLY PLANT PROJECT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #14-17109
a1d4p
00270    GENERAL OPERATING
3099 N LIMA ST
BURBANK CA 91504

The East West Bank Debit Card
provides a convenient and secure
way to make purchases and
manage your spending. Accepted
by millions of merchants and
thousands of ATMs across the
country, it's safe and easy to use!

## Standard Business Checking

| Account number | 3311 | Beginning balance | | $27,116.77 |
|---|---|---|---|---|
| Enclosures | 21 | Total additions | ( 3) | 76,942.50 |
| Low balance | $7,311.36 | Total subtractions | ( 25) | 84,999.32 |
| Average balance | $30,852.36 | Ending balance | | $19,059.95 |

### CREDITS

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 05-02 | Deposit | | | 28,808.40 |
| | 05-19 | Onln Bkg Trft C | FR ACC | 2333 | 43,134.10 |
| | 05-20 | Onln Bkg Trft C | FR ACC | 9114 | 5,000.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1000 | 05-02 | 500.00 | 1013 | 05-21 | 150.00 |
| 1001 | 05-02 | 972.00 | 1014 | 05-22 | 110.00 |
| 1003 * | 05-06 | 451.69 | 1015 | 05-23 | 500.00 |
| 1005 * | 05-06 | 193.50 | 1016 | 05-30 | 26.86 |
| 1006 | 05-06 | 984.22 | 1017 | 05-27 | 399.35 |
| 1007 | 05-01 | 17,850.00 | 1018 | 05-22 | 1,198.95 |
| 1008 | 05-07 | 632.15 | 1021 * | 05-30 | 111.48 |
| 1009 | 05-07 | 81.18 | 1022 | 05-30 | 598.67 |
| 1010 | 05-13 | 305.58 | 1023 | 05-30 | 1,056.15 |
| 1011 | 05-19 | 5,000.00 | 1024 | 05-29 | 41.16 |
| 1012 | 05-15 | 32.00 | * Skip in check sequence | | |

### DEBITS

| Date | Transaction Description | | | Subtractions |
|---|---|---|---|---|
| 05-05 | Onln Bkg Trfn D | TO ACC | 3325 | 12.00 |
| 05-09 | Transfer | TLR 2305 BR 8023 | | 175.54 |
| 05-13 | Onln Bkg Trfn D | TO ACC | 3318 | 26,423.95 |
| 05-28 | Onln Bkg Trfn D | TO ACC | 3318 | 27,192.89 |

**EAST WEST BANK** *Your Financial Bridge·*

9300 Flair Drive Suite 106
El Monte CA 91731

POLY PLANT PROJECT

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 27,116.77 | 05-09 | 34,072.89 | 05-22 | 48,986.51 |
| 05-01 | 9,266.77 | 05-13 | 7,343.36 | 05-23 | 48,486.51 |
| 05-02 | 36,603.17 | 05-15 | 7,311.36 | 05-27 | 48,087.16 |
| 05-05 | 36,591.17 | 05-19 | 45,445.46 | 05-28 | 20,894.27 |
| 05-06 | 34,961.76 | 05-20 | 50,445.46 | 05-29 | 20,853.11 |
| 05-07 | 34,248.43 | 05-21 | 50,295.46 | 05-30 | 19,059.95 |

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EAST WEST BANK *Your Financial Bridge*

| | |
|---|---|
| Checking Account | [redacted]3311 |
| Statement Date | 05/31/2014 |
| Page | 3 of 4 |

05/02/2014 1000 $500.00

05/07/2014 1008 $632.15

05/02/2014 1001 $972.00

05/07/2014 1009 $81.18

05/06/2014 1003 $451.69

05/13/2014 1010 $305.58

05/06/2014 1005 $193.50

05/19/2014 1011 $5,000.00

05/06/2014 1006 $984.22

05/15/2014 1012 $32.00

05/01/2014 1007 $17,850.00

05/21/2014 1013 $150.00

**EAST WEST BANK** *Your Financial Bridge*

Checking Account ▮▮▮3311
Statement Date 05/31/2014
Page 4 of 4



05/22/2014    1014    $110.00



05/23/2014    1015    $500.00



05/30/2014    1016    $26.86



05/27/2014    1017    $399.35



05/22/2014    1018    $1,198.95



05/30/2014    1021    $111.48



05/30/2014    1022    $598.67



05/30/2014    1023    $1,056.15



05/29/2014    1024    $41.16

**EAST WEST BANK** *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   3
STARTING DATE: May 01, 2014
ENDING DATE: May 31, 2014
Total days in statement period: 31
3318
( 2)

OZ 01
POLY PLANT PROJECT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #14-17109
ald4o
03846
PAYROLL
3099 N LIMA ST
BURBANK CA 91504

The East West Bank Debit Card
provides a convenient and secure
way to make purchases and
manage your spending. Accepted
by millions of merchants and
thousands of ATMs across the
country, it's safe and easy to use!

## Standard Business Checking

| Account number | 3318 | Beginning balance | | $0.00 |
|---|---|---|---|---|
| Enclosures | 2 | Total additions | (2) | 53,616.84 |
| Low balance | $0.00 | Total subtractions | (6) | 53,352.01 |
| Average balance | $1,818.88 | Ending balance | | $264.83 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-13 | Onln Bkg Trfr C | FR ACC 05500003311 | 26,423.95 |
| | 05-28 | Onln Bkg Trfr C | FR ACC 05500003311 | 27,192.89 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1000 | 05-21 | 193.50 | 1001 | 05-21 | 83.33 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-14 | Preauth Debit | INTUIT PAYROLL S QUICKBOOKS 4898 | 26,147.12 |
| 05-29 | Preauth Debit | INTUIT PAYROLL S QUICKBOOKS 8998 | 48.25 |
| 05-29 | Preauth Debit | INTUIT PAYROLL S QUICKBOOKS 8998 | 26,867.81 |
| 05-31 | Maintenance Fee | | 12.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 0.00 | 05-21 | 0.00 | 05-31 | 264.83 |
| 05-13 | 26,423.95 | 05-28 | 27,192.89 | | |
| 05-14 | 276.83 | 05-29 | 276.83 | | |

**EAST WEST BANK** *Your Financial Bridge*

9300 Flair Drive Suite 106
El Monte CA 91731

POLY PLANT PROJECT

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

11597

3410      rev 05-10

EAST WEST BANK *Your Financial Bridge*



05/21/2014    1000    $193.50



05/21/2014    1001    $83.33

EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: May 01, 2014
ENDING DATE: May 31, 2014
Total days in statement period: 31
3325
0)

OZ 01
POLY PLANT PROJECT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #14-17109
a1d41  TAXES
09393  3099 N LIMA ST
BURBANK CA 91504

The East West Bank Debit Card
provides a convenient and secure
way to make purchases and
manage your spending. Accepted
by millions of merchants and
thousands of ATMs across the
country, it's safe and easy to use!

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 3325 | Beginning balance | | $-12.00 |
| Low balance | $-12.00 | Total additions | ( 1) | 12.00 |
| Average balance | $-1.55 | Total subtractions | ( 1) | 12.00 |
| | | Ending balance | | $-12.00 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-05 | Onln Bkg Trft C    FR ACC    3311 | | 12.00 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 05-31 | Maintenance Fee | 12.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | -12.00 | 05-05 | 0.00 | 05-31 | -12.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-10